# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Joshuah L. Burr**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:21-cv-00268-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Macon County Sheriff's Department, | ) | |
| et al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 25, 2022 Order.

April 25, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court